**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| QUANDA SIMONE BROWN, | |
| Plaintiff, | NO. 3:15-CV-01820 |
| v. | (JUDGE CAPUTO) |
| BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK N.A. AS TRUSTEE FOR CERTIFICATE-HOLDERS OF BEAR STEARNS ASSET-BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE 2, | (MAGISTRATE JUDGE SCHWAB) |
| Defendants. | |

## ORDER

**NOW**, this 9th day of September, 2016, upon review of the Report and Recommendation of Magistrate Judge Schwab (Doc. 29) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 29) is **ADOPTED in its entirety**.

(2) Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 15) is **GRANTED**.

(3) Plaintiff will be given **thirty (30) days** leave to file a second amended complaint, if appropriate, to state a FDCPA claim that falls within the statute of limitations and that states a claim upon which relief can plausibly be granted. If Plaintiff fails to do so, the action will be dismissed with prejudice and the case will be closed; and

(3) The matter is **RECOMMITTED** to Magistrate Judge Schwab for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge