IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUANDA SIMONE BROWN, | |
| Plaintiff, | NO. 3:15-CV-01820 |
| v. | (JUDGE CAPUTO) |
| BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO LASALLE BANK N.A. AS TRUSTEE FOR CERTIFICATE-HOLDERS OF BEAR STEARNS ASSET-BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE 2, | (MAGISTRATE JUDGE SCHWAB) |
| Defendants. | |

## ORDER

**NOW**, this 28th day of November, 2016, upon consideration of the Court's September 9, 2016 Order (Doc. 30) adopting Magistrate Judge Schwab's Report and Recommendation and directing Plaintiff to file a second amended complaint to prevent dismissal of this action, and finding that Plaintiff has failed to file a second amended complaint within the prescribed time frame, **IT IS HEREBY ORDERED** that:

(1) The case is **DISMISSED with prejudice**.
(2) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge